UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

TENISHA L. GILES                    )
                                    )          **Complaint for a Civil Case**
                                    )
                                    )
                                    )
                                    )
*(Write the full name of each plaintiff*    )       Case No.
*who is filing this complaint.  If the*      )       *(to be assigned by Clerk of*
*names of all the plaintiffs cannot fit in*  )       *District Court)*
*the space above, please write "see*         )
*attached" in the space and attach an*       )
*additional page with the full list of*      )       Plaintiff requests trial by jury:
*names.)*                                     )       ☒ Yes      ☐ No
                                    )
**v.**                              )
                                    )
LADY JANE'S HAIRCUTS FOR            )
MEN                                 )
HOLDING COMPANY LLC,                )
d/b/a Lady Jane's Haircut           )
For Men                             )
                                    )
*(Write the full name of each defendant.*   )
*The caption must include the names of*     )
*all of the parties. Fed. R. Civ. P. 10(a).* )
*Merely listing one party and writing "et*  )
*al." is insufficient. Attach additional*   )
*sheets if necessary.)*             )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tenisha Giles |
| Street Address | 2738 Ann Avenue |
| City and County | St. Louis, St. Louis County |
| State and Zip Code | Missouri, 63104 |
| Telephone Number | 931.575.8427 |
| E-mail Address | lashayeg@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lady Jane's Haircuts for Men |
| Job or Title | Business |
| Street Address | 34915 Woodward Ave |
| City and County | Birmingham, Oakland County |
| State and Zip Code | MI 48009 |
| Telephone Number | 734.751.1395 |
| E-mail Address | tmac@ljhaircuts.com |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Title VII of the Civil Rights Act of 1964 (race and sex
discrimination)
42 U.S.C. § 1981 (race discrimination)
Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 et
seq. (medical leave rights)
```

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)*_____Tenisha L Giles_____, is a citizen of the State of *(name)* _____Missouri_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)* ___LADY JANES HAIRCUTS FOR MEN___ .

is incorporated under the laws of the State of *(name)*

_____MISSOURI_____ , and has its principal place of

business in the State of *(name)* _____MISSOURI/MICHIGAN_____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____MISSOURI_____ , and has its principal place

of business in *(name)* _____MISSOURI/MICHIGAN_____ .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeks damages in excess of $75,000 due to loss of long-term employment, lost wages and benefits, loss of future earning capacity, emotional distress, and the impact on Plaintiff's professional reputation and career.

4

### III.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.  What happened to you?
2.  When did it happen?
3.  Where did it happen?
4.  What injuries did you suffer?
5.  What did each defendant personally do, or fail to do, to harm you?

Claim 1 – Race Discrimination

Plaintiff, Tenisha L. Giles, is a Black woman who worked for Defendant Lady Jane's Haircuts for Men from June 1, 2010 through May 2025, including in St. Louis, Missouri. During her employment, managers and corporate leadership repeatedly told Plaintiff that the company did not want Black employees or Black clients. In or about 2019, a Chief Operating Officer told Plaintiff she had hired "too many Black people." Plaintiff was treated differently than white employees and denied equal support and advancement opportunities.

As a result, Plaintiff suffered emotional distress, humiliation, and damage to her career. Defendant, through its corporate leadership and managers, made these statements and allowed this conduct.

Claim 2 – Sex/Gender Discrimination

During Plaintiff's employment, Defendant required female corporate employees, including Plaintiff, to continue cutting hair even after promotion into corporate roles, while male employees were not required to do so. This occurred throughout Plaintiff's time as a Regional Director.

### IV.  Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

Plaintiff requests the following relief:

Compensation for lost wages, income, and employment benefits resulting from termination
Compensation for loss of future earnings and career

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
Plaintiff seeks actual damages in excess of $75,000 for
lost wages, lost employment benefits, loss of future
earning capacity, and financial hardship resulting from
termination. Plaintiff also seeks compensation for
emotional distress, humiliation, mental suffering, and
```

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___30___ day of _____APRIL_____, 20 _26_.

Signature of Plaintiff(s) _____

_____

6