UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN  DIVISION

_____Tenisha LaShaye Giles_____, )
                                                              )
          Plaintiff, )
                                                              ) Civil Case No. 4:26-CV-00660-JMB
v. )
                                                              )
_____LADY JANE'S HAIRCUTS FOR MEN__, )

          Defendant(s). )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: .  If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I AM CURRENTLY WORKING AS A BARBER IN A BOOTH RENTAL BARBERSHOP. I DO NOT HAVE MANY CLIENTS AND THIS IS NOT A WALKIN BASED SHOP. .

My gross pay or wages are: $5,422 PER YEAR , and my take-home pay or wages are: $3594.00 per YEAR *(specify pay period)* .  JAN 2026 - JUNE 2026

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment _X__ Yes ___ No
(b) Rent payments, interest, or dividends ___ Yes _X__ No
(c) Pension, annuity, or life insurance payments ___ Yes _X__ No
(d) Disability or worker's compensation payments ___ Yes __X_ No
(e) Gifts or inheritances ___ Yes _X__ No
(f) Any other sources ___ Yes _X__ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Docusign Envelope ID: 01C23580-39B5-8553-8152-0BE86A600BAB

4. Amount of money that I have in cash or in a checking or savings account: $ . $650

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:  RENT $1800  CAR PAYMENT $700 UTILITIES $150 PHONE $150 INSURANCE $200

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

STUDENT LOANS

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Docusign Envelope ID: 01C23580-39B5-8553-8152-0BE86A600BAB

DocuSigned by:

_____
Applicant's Signature
50ACAA6064BB408...

_____TENISHA LASHAYE GILES __
Printed Name

_____06/02/2026_____
Date